BARRETT, Respondent, v. WRIGHT, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Reginald Barrett against Elisha P. S. Wright. No opinion. Order affirmed, with $10 costs and disbursements.

BARSON v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by William G. Barson against Agnes K. M. Mulligan and another. No opinion. Motion denied, on payment of $20 costs.

BARTLEY, Respondent, v. KISSICK, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Elias H. Bartley against William A. Kissick. No opinion. Judgment of the Municipal Court affirmed, with costs.

BAYLIES et al. v. WEIBEZAHL. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Robert N. Baylies and another against Herman G. Weibezahl. No opinion. Application granted.

BEARDSLEE et al., Respondents, v. CHURCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Nathan S. Beardslee and another as receivers, etc., against John D. Church.
PER CURIAM. Order affirmed, with costs.
WILLIAMS, J., not voting.

BECKER v. TILLEY. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by C. Adelbert Becker against Abbie R. Tilley. No opinion. Motion granted, with $10 costs.

BELL TELEPHONE CO. OF BUFFALO, Respondent, v. CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by the Bell Telephone Company of Buffalo against the city of Rochester.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Held that, without passing upon the merits upon the facts in this case, the discretionary order refusing to vacate the injunction pendente lite should be sustained.
SPRING, J., not sitting.

In re BENEDETTO. (Supreme Court, Appellate Division, First Department. November 11, 1904.) In the matter of Joseph Benedetto. E. McKinley, for appellant. F. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BENEDICT, Respondent, v. HOUGHTON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Amelia Benedict against Rhoda A. Houghton and others.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the principal trans-

actions involved in the action were the dealings between the appellants Duggleby and Houghton and the alleged fraudulent acceptance and disposition of the bond and mortgage by the latter; that the accounting asked for is merely incidental to the main issues, and a reference at present does not seem proper or necessary.
McLENNAN, P. J., and Stover, J., dissent.

BERRY v. SYRACUSE, B. & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Warren S. Berry, an infant, etc., against the Syracuse, Binghamton & New York Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and WILLIAMS, J., dissent.

BIGELOW, et al., Appellants, v. CAREY, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Clarence O. Bigelow and others, constituting the State Board of Pharmacy, against Daniel G. Carey. No opinion. Judgment and order unanimously affirmed, with costs.

BIRD, Appellant, v. ENGLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Anna K. Bird, as administratrix, etc., against Albert E. Engle and another. No opinion. Judgment and order affirmed, with costs.

BISLERI, Respondent, v. BLOTTO, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Felice Bisleri against Victor Blotto. N. L. Keach, for appellant. A. Knauth, for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
VAN BRUNT, P. J., and O'BRIEN, J., dissent.

BLANCHARD, Respondent, v. DAVID STEVENSON BREWING CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Annie M. Blanchard against the David Stevenson Brewing Company, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

BOEHRER, Appellant, v. FISCHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Julius Boehrer against Charles S. Fischer and others.
PER CURIAM. Motion to dismiss appeal denied, without costs, and case placed at the foot of the present calendar, the appeal to be perfected within 20 days; otherwise, motion granted, with costs.